**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENNIS TROTTER and | : | CIVIL ACTION |
| CHRISTINA JOHNSTEN, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED LUTHERAN | : | No. 20-570 |
| SEMINARY, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, on **July 29, 2021**, for the reasons outlined in the accompanying

Memorandum of Law, it is ORDERED that Defendants' Motion for Summary Judgment (doc.

28) is DENIED.

BY THE COURT:


 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE