IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS TROTTER<br>and<br>CHRISTINA JOHNSTEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED LUTHERAN SEMINARY<br>and<br>DR. RICHARD GREEN<br>and<br>JAMES DUNLOP,<br><br>        Defendants. | CIVIL ACTION NO. 2:20-cv-00570-TR |

**JOINT STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER**

WHEREAS, Defendants, United Lutheran Seminary, Dr. Richard Green, and Bishop James Dunlop (collectively, "Defendants"), and Plaintiffs, Mr. Dennis Trotter and Ms. Christina Johnston (collectively, "Plaintiffs") (together, the "Parties"), by and through their undersigned legal counsel, hereby jointly, and respectfully, stipulate to amend certain upcoming dates in the scheduling orders governing the remainder of these proceedings. In support thereof, the Parties aver as follows.

1.     On August 5, 2021, the Honorable Court entered an Order referring this matter to the Hon. Lynne A. Sitarski, U.S.M.J., for purposes of exploring settlement before these proceedings are listed for trial. *See* Dkt. 36.

2.     Thereafter, the Parties scheduled a settlement conference before Judge Sitarski for September 30, 2021.

SL1 1708061v1 110202.00004

3. In order to maximize the chances of reaching settlement before Judge Sitarski, the Parties desire to reduce the need to incur costs and attorney's fees unrelated to potential settlement without creating undue delay or otherwise continuing the trial list date of November 1, 2021, should settlement attempts prove unsuccessful. *See* Dkt. 25 at ¶13.

4. Therefore, the Parties jointly, and respectfully, request to amend all remaining scheduling order dates, excerpt for the trial list date, as follows:

| Scheduling Order Items and Deadlines | Current Date | Proposed Amended Date |
|---|---|---|
| Deadline for counsel of each party to serve originals or copies of each exhibit they expect to offer at trial. | 8/23/21 | 9/17/21 |
| Deadline for counsel of each party to serve curriculum vitae for each expert witness expected to testify. | 8/23/21 | 9/17/21 |
| Deadline for counsel of each party to provide specific identification of each discovery item expected to be offered into evidence. | 8/23/21 | 9/17/21 |
| Deadline for filing motions *in limine*. | 9/17/21 | 10/8/21 |
| Deadline for responding to motions *in limine*. | 9/13/21 | 10/15/21 |
| Deadline for filing pretrial memoranda. | 9/27/21 | 10/18/21 |
| Deadline for filing proposed jury instructions, verdict forms, and special interrogatories. | 9/27/21 | 10/18/21 |
| Deadline for submitting a neutral statement of the facts for *voir dire*. | 9/27/21 | 10/18/21 |
| Final pretrial conference. | | |

*See* Dkt. 25 at ¶¶4-12.

                                      IT IS SO ORDERED

                                  /s/ Timothy R. Rice
                                  Hon. Timothy R. Rice, U.S.M.J.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott Bennett Freemann* | */s/ Brad M. Kushner* |
| Scott Bennett Freemann, Esq. | Brad M. Kushner, Esq. |
| Freemann Law Offices | Alexander V. Batoff, Esq. |
| A Professional Corporation | Stevens & Lee, P.C. |
| 3101 W. Glenwood Avenue, Suite G103 | 1500 Market Street |
| Philadelphia, PA 19121 | East Tower, Suite 1800 |
| (215) 564-7400 (Telephone) | Philadelphia, PA 19102 |
| (215) 564-7406 (Facsimile) | T: 215-751-1949 |
| sbf@freemannlaw.com | F: 610-371-7906 |
| | brad.kushner@stevenslee.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: August 18, 2021